1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12   FRED ORELLANA,                          Case No.: C 14-0464 JSC (PR)

              Plaintiff.                      **ORDER OF TRANSFER**
13

14        v.

15   S. IRIZARY; C. JACKSON; C.D. HUFF;
     R.S. DEN DULK,
16
              Defendants.
17

18

19

20        Plaintiff, a California prisoner at the Deuel Vocational Institute ("D.V.I."), filed this

21   civil rights action pursuant to 42 U.S.C. § 1983 in which he complains about the conditions of

22   his confinement at DVI.[1]

23        When, as here, jurisdiction is not founded solely on diversity, venue is proper in the

24   district in which (1) any defendant resides, if all of the defendants reside in the same state, (2)

25   the district in which a substantial part of the events or omissions giving rise to the claim

26   occurred, or a substantial part of property that is the subject of the action is situated, or (3) a

27   _____

28   [1] Plaintiff has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28
     U.S.C. § 636(c).  (Dkt. No. 1.)

_United States District Court_
_Northern District of California_

1   judicial district in which any defendant may be found, if there is no district in which the action

2   may otherwise be brought.  28 U.S.C. § 1391(b).  Where a case is filed in the wrong venue,

3   the district court has the discretion either to dismiss the case or transfer it to the proper federal

4   court "in the interest of justice."  28 U.S.C. § 1406(a).

5         Plaintiff's allegations arise out of events occurring at D.V.I., and the responsible

6   officials are located there.  D.V.I. is located in Tracy, California, which lies within the venue

7   of the United States District Court for the Eastern District of California.

8         Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is

9   TRANSFERRED to the United States District Court for the Eastern District of California

10        The Clerk of the Court shall transfer this matter forthwith.

11        **IT IS SO ORDERED.**

12

13  Dated:  February 6, 2014

14  _____
    JACQUELINE SCOTT CORLEY

15  UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

2