UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| FRED F. ORELLANA, | No. 2:14-cv-0459 CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| S. IRIZARY, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se. He has consented to have all proceedings in this action before a United States Magistrate Judge. See 28 U.S.C. § 636(c).

By order filed March 27, 2014, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: May 14, 2014

*[signature]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
orel0459.fta